



Jason D. Burns
Tel 212.801.9294
Fax 212.801.6400
jason.burns@gtlaw.com

June 23, 2025

**VIA ECF:**

Hon. Jessica G. L. Clarke
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Emily Edwards v. Amazon.com Services LL*
      Case No.: 25-cv-1925-JLC

Dear Judge Clarke:

This Firm represents Defendant Amazon.com Services LLC ("Amazon") in the above-referenced matter. We write with the consent of Plaintiff Emily Edwards and pursuant to the Court's Individual Rules and Practices to respectfully request an adjournment of the Initial Conference, scheduled for June 30, 2025. *See* Dkt. No. 7. The parties request that the Initial Conference be rescheduled to July 7, 2025, or such other date determined by the Court.

Amazon submits this request because undersigned counsel will be traveling internationally on June 30, 2025. This is Amazon's first request to adjourn the Initial Conference. If the request is granted, the parties also request that the attendant deadline to submit a Joint Letter and Proposed Case Management Plan and Scheduling Order, currently due June 23, 2025, be adjourned to seven days prior to the reset date for the Initial Conference.

We thank the Court for its consideration of this matter.

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue  |  New York, New York 10017  |  T +1 212.801.9200  |  F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin⁼. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Kingdom of Saudi Arabia⁺. Las Vegas. London⁺.
Long Island. Los Angeles. Mexico City⁺. Miami. Milan⁻. Minneapolis. Munich⁼. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix.
Portland. Sacramento. Salt Lake City. San Diego. San Francisco. São Paulo⁼. Seoul°. Shanghai. Silicon Valley. Singapore⁺. Tallahassee. Tampa. Tel Aviv^. Tokyo⁺.
United Arab Emirates⁺. Warsaw⁻. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; «Greenberg Traurig Khalid Al-Thebity Law Firm; *A separate UK registered legal entity; +Greenberg Traurig, S.C.; » Greenberg Traurig Studio Legale Associato; ›Greenberg Traurig Brazil Consultores em Direito Estrangeiro – Direito Estadunidense; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; "Greenberg Traurig Singapore LLP; ^A branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ‹Greenberg Traurig Limited; ~Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k..

www.gtlaw.com

ACTIVE 712217667v2

Hon. Jessica G. L. Clarke, U.S.D.J.
June 22, 2025
Page 2

                    Respectfully submitted,

                    *s/ Jason D. Burns*
                    Jason D. Burns

                    *Counsel for Defendant*
                    *Amazon.com Services LLC*

cc: All parties via ECF

Application GRANTED. The conference scheduled for June 30, 2025 is ADJOURNED to **July 9, 2025** at 11:00 a.m. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 681493417#. Parties to submit joint pre-conference letter by **July 2, 2025**. The Clerk of Court is directed to terminate ECF No. 13.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: June 24, 2025
       New York, New York