

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

**MEMO ENDORSED**

*The Firm that Fights for Workers'Rights!*

December 26, 2025

**Via EFC**

Hon. Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Re: Emily Edwards v.Amazon.Com Services LLC.*
*Case No. 7:25-cv-01925-JGLC*

Dear Judge Clarke:

The parties respectfully submit this joint letter to request a brief extension of time to submit the Case Management Plan.

The parties are continuing to discuss the possibility of mediation, however, those discussions have been slowed because of holiday schedules. Notwithstanding this delay, the parties continue to communicate and work cooperatively with one another regarding next steps in this case.

In light of the foregoing, and in the interest of judicial economy, the parties jointly propose seeking a one-month adjournment to allow for further consideration of mediation and to finalize their respective positions before submitting the Case Management Plan.

Accordingly, the parties respectfully request an extension of thirty (30) days to submit the Case Management Plan. The parties appreciate the Court's consideration and will promptly comply with any further directives.

Respectfully submitted,

By: *Jordan El-Hag*

Jordan El-Hag, Esq.
El-Hag & Associates, PC.
Attorney for Plaintiff
777 Westchester Ave., Suite 101
White Plains, N.Y 1060

Application GRANTED. The parties shall submit a joint status letter and Case Management Plan, as directed at ECF No. 21, no later than January 26, 2026. SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE, United States District Judge

Dated: December 30, 2025
New York, New York