

**EL HAG & ASSOCIATES**

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers' Rights!*

January 16, 2026

<u>**Via ECF**</u>

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150



   **Re. Request for stay to pursue private mediation**
   **Case 7:25-cv-01925-JGLC**
   **Edwards v. Amazon.Com Services LLC.**

Dear Judge Clarke,

This firm represents the Plaintiff in the above referenced matter. I write with the consent of opposing counsel. This is a joint request seeking a brief stay of the case to afford the Parties an opportunity to resolve this matter through private mediation. Today the parties agreed to pursue private mediation and will begin the process of selecting a mediator and coordinating logistics.

Accordingly, we respectfully request a 90-day stay of the case, at which time the parties can submit a joint status update as to the procedural posture of the case.

If additional information is required, the Parties are available at your Honor's request.

Application GRANTED. This case is already stayed, *see* ECF No. 21, but all existing deadlines are adjourned *sine die*. The parties are directed to file a joint status letter no later than April 20, 2026. SO ORDERED.

Regards,

/s/ Jordan El-Hag

By:_____

Jordan El-Hag, Esq.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: January 21, 2026
   New York, New York